UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:** May 1, 2019    (Time: 27 minutes)    **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-07030-PJH
**Case Name:** Ebeid v. Facebook, Inc.

**Attorney(s) for Plaintiff:**       Behzad Vahidi
**Attorney(s) for Defendant:**    Paven Malhotra; Victor Yu

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Pamela Batalo Hebel

### PROCEEDINGS

Defendant's Motion to Dismiss, Motion to Strike, Motion for Attorney Fees and Costs - Held. The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

**cc:** chambers