UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEK RAOUF EBEID,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC,<br><br>  Defendant. | Case No. 18-cv-07030-PJH<br><br>**ORDER DISMISSING WITH PREJUDICE** |

On May 9, 2019, the court dismissed plaintiff's complaint with prejudice in part and without prejudice in part. Dkt. 21. With respect to the claims dismissed without prejudice, the court provided plaintiff until May 31, 2019, to file an amended complaint. That deadline has now passed without plaintiff filing an amended complaint. Accordingly, the action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 28, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge